GARY M. RESTAINO
United States Attorney
District of Arizona
ADAM D. ROSSI
Assistant U.S. Attorney
AZ State Bar No. 028042
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: adam.rossi2@usdoj.gov
Attorneys for Plaintiff

FILED

2023 NOV -1  PM 3: 40

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR23-01694 TUC-RM(MAA)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | **I N D I C T M E N T** |
|---|---|
| Plaintiff, | |
| vs. | Violations:<br>18 U.S.C. § 875(c)<br>(Interstate Threats)<br>Count 1 |
| Michael Pengchung Lee, | |
| Defendant. | |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about October 22, 2023, in the District of Arizona and elsewhere, MICHAEL PENGCHUNG LEE, did knowingly transmit in interstate commerce a knowing, willful, and reckless threat to injure the person of another: to wit, by making threats by Snapchat group text threatening to commit a mass shooting at the University of Arizona.

///

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: 11/01/2023

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/
ADAM D. ROSSI
Assistant U.S. Attorney

*United States of America v. Michael Pengchung Lee*
*Indictment Page 2 of 2*